UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| POWER THE FUTURE,<br><br>       Plaintiff,<br><br>  v.<br><br>ENVIRONMENTAL PROTECTION AGENCY,<br><br>       Defendant. | Civil Action No. 25-0001 (RCL) |

## JOINT STATUS REPORT

Plaintiff Power the Future and Defendant the Environmental Protection Agency ("EPA"), through undersigned counsel, file this joint status report.

This is a case under the Freedom of Information Act ("FOIA"). EPA has completed its search in response to the FOIA request. The Agency located a single responsive record. The responsive record requires review by the Office of Management and Budget, and EPA is currently waiting on a response to its consultation request to that office. EPA anticipates receiving a response from OMB and issuing a final response to the FOIA request within the next 30 days. EPA will be able to promptly complete processing the FOIA request upon receipt of the consultation from the Office of Management and Budget.

The parties propose that they file another joint status report by Tuesday, April 8, 2025.

*    *    *

Date:   February 19, 2025                              Respectfully submitted,

*/s/ Matthew D. Hardin*                                EDWARD R. MARTIN, JR., D.C. Bar #481866
Matthew D. Hardin, D.C. Bar No. 1032711                United States Attorney
Hardin Law Office
101 Rainbow Drive # 11506                              BRIAN P. HUDAK
Livington, TX 77399                                    Chief, Civil Division
Phone: (202) 802-1948
Email: MatthewDHardin@protonmail.com              By:        */s/ Sam Escher*
                                                           SAM ESCHER, D.C. Bar #1655538
*/s/ Christopher Horner*                                   Assistant United States Attorney
Christopher Horner, D.C. Bar No. 440107                    601 D Street, NW
Max Will, PLLC                                             Washington, DC 20530
1725 I Street NW, Suite 300                                (202) 252 2531
Washington, DC 20006                                       Sam.Escher@usdoj.gov
Phone: (202) 262-4458
Email: Chris@CHornerLaw.com                       *Attorneys for the United States of America*

*Attorneys for Power the Future*